The BALTIMORE & OHIO RAILROAD COMPANY, a corporation, Appellant, v. Jesse C. CLEM and Henry Gassaway Shores, Appellees.

No. 4778.

Circuit Court of Appeals, Fourth Circuit.

Nov. 14, 1941.

J. O. Henson and Harry H. Byrer, both of Martinsburg, W. Va. (Stephen Ailes, of Martinsburg, W. Va., and Emory Tyler, of Keyser, W. Va., on the brief), for appellant.

Wayland K. Sullivan, of Cleveland, Ohio, and Henry G. Shores, of Keyser, W. Va., for appellees.

Before PARKER, DOBIE, and NORTH-COTT, Circuit Judges.

PER CURIAM.

The order, 36 F.Supp. 703, appealed from is affirmed on the authority of the decision of the Supreme Court of the United States in the case of Baltimore & Ohio R. Company v. Kepner, 62 S.Ct. 6, 86 L.Ed. ——, decided Nov. 10, 1941.

Affirmed.

COMMISSIONER OF INTERNAL REVENUE v. RIALTO MINING CORPORATION.

No. 2428.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1941.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Paul E. Bradley, of Joplin, Mo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

Ralph HANEY v. UNITED STATES of America.

No. 2424.

Circuit Court of Appeals, Tenth Circuit.

Nov. 10, 1941.

Romeo Cunningham, of Santa Fe, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure diligently to prosecute.